

FILED

08/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0181

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

Petitioner and Appellee,

v.

JAVIER BAUTISTA-SCHEUBER,

Respondent and Appellant.

FILED

AUG 26 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until October 1, 2021, within which to file his opening brief.

No further extensions will be granted.

DATED this 26 day of August, 2021.

For the Court,

_____
Chief Justice